

# Third Court of Appeals



RECEIVED

MAR 0 2 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

### RECEIPT FOR CHECK-OUT RECORD
(CLOSED CASES)

This is to acknowledge that I have taken receipt of the following items of this record. I understand that I am fully responsible for the care and custody of these items. **These items will be returned no later than the due date shown below.** These items were received by me in good condition, properly bound and certified by the appropriate Clerk or Court Reporter if applicable.

| | |
|---|---|
| Cause Number:  **03-13-00387-CV** | Retention Center No.: |

| |
|---|
| Name of Cause:  **Bridgeport ISD et al v Michael Williams and the Tx Education Agency** |

| |
|---|
| Items Checked out:<br>1 volume of administrative record and 1 black binder |

| | |
|---|---|
| Date Items Checked Out: | Date Items are due:  **PERMANENT** |

| |
|---|
| Requested By: |

| |
|---|
| Attorney:  Eugene A. Clayborn |

| | |
|---|---|
| Signature: | Driver Lic.: |

| |
|---|
| Bar Card Number: |

| |
|---|
| Firm/Agency:  Administrative Law Division |

| |
|---|
| Address:  P.O. Box 12548 |

| |
|---|
| Phone Number:  512-475-3204 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Approved By:  Jeff Kyle

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Dates Items Returned:  **PERMANENT**